

March 10, 1958.

No. 304, Misc. Kapsalis v. United States; and
No. 408, Misc. McGuinn v. Pegelow, Superintend-ent, District of Columbia Reformatory. Motions for leave to file petitions for writs of habeas corpus denied.

No. 714. Hinkle, Administratrix, et al. v. New England Mutual Life Insurance Co. of Boston, Massachusetts. C. A. 8th Cir. Certiorari granted. *Leland S. Forrest* for petitioners. *Phineas M. Henry* for respondent. 

No. 740. Appelbaum, doing business as Penguin Frozen Foods, v. Refrigeradora del Noroeste, S. A. C. A. 7th Cir. Certiorari denied. *Stanford Clinton, Robert A. Sprecher* and *Frank A. Karaba* for petitioner. *Louis A. Kohn, Miles G. Seeley* and *Robert L. Stern* for respondent. 

No. 747. Taylor, Trustee in Bankruptcy, v. En-gram. C. A. 5th Cir. Certiorari denied. *T. T. Molnar* for petitioner. 

901